THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CARMEN PARISI.,                    )
                                   )
            Plaintiff,             )
                                   )
      v.                           )
                                   )
CREDANT TECHNOLOGIES, INC.         )
                                   )  Case No. 08CV03936
            Defendant.             )
                                   )  Judge Lefkow
                                   )  Magistrate Judge Mason
                                   )
                                   )

**MOTION FOR EXTENSION OF TIME FOR DEFENDANT
TO ANSWER OR OTHERWISE PLEAD**

Defendant CREDANT TECHNOLOGIES, INC. ("Defendant"), by and through

its undersigned attorneys and pursuant to Rule 6 of the Federal Rules of Civil Procedure

hereby moves for an order granting it an additional 21 days after the date of this filing,

until and including **August 5, 2008**, to answer or otherwise plead in this matter.   In

support hereof, Defendant states as follows:

1.      Plaintiff originally filed this Complaint in Circuit Court of DuPage County

alleging breach of contract, unjust enrichment, violation of the Illinois Sales

Representative Act, and requesting attorneys fees.   On Thursday, July 10, 2008,

Defendant timely removed this case to this Court on the basis of diversity jurisdiction.

Pursuant to Fed. R. Civ. P. 81(2)(C), Defendant's responsive pleading is due five days

after removal.  Thus, according to Fed. R. Civ. P. 6, Defendant's responsive pleading is currently due on July 17, 2008.

2.    Defendant's counsel only recently received the Complaint, and is currently in the process of investigating the allegations of the Complaint so that they may submit an appropriate response.  Defendant's counsel believes that 21 days should be sufficient to complete this process in a fashion that will allow them to file an appropriate responsive pleading on behalf of Defendant.

3.    On July 14, 2008, Defendant's counsel attempted to contact Plaintiff's attorney Karen P. Layng of Vedder Price, P.C., via phone and e-mail to determine whether she objected to this motion for an extension of time to answer or otherwise plead.  As of the time this document was filed, Defendant had not yet received a response from Plaintiff's counsel.

4.    This motion is made upon the grounds stated and not for the purpose of delay.


Respectfully submitted,



Credant Technologies, Inc., *Defendant*


By:  s/ Michael D. Ray
One of Their Attorneys

Michael H. Cramer (IL ARDC No. 6199313)
Michael D. Ray ( IL ARDC No. 6285109)

OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
Two First National Plaza
Twenty-Fifth Floor
20 South Clark Street
Chicago, Illinois 60603-1891
(312) 558-1220

Dated:  July 15, 2008

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 15, 2008, he caused to be electronically filed the foregoing Motion for Extension of Time to Answer or Otherwise Plead. Notice of this filing will be sent via the Court's electronic filing system to:

> Karen P. Layng
> Vedder Price, P.C.
> 222 N. LaSalle St.
> Chicago, IL 60601
> kplayng@vedderprice.com

<u>s/  Michael D. Ray</u>

6499459.1