THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARMEN PARISI.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CREDANT TECHNOLOGIES, INC.<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 08CV03936<br><br>　　　Judge Lefkow<br>　　　Magistrate Judge Mason |

TO:　　Karen P. Layng
　　　　Angela Obloy
　　　　Vedder Price, P.C.
　　　　222 N. LaSalle St.
　　　　Chicago, IL 60601
　　　　kplayng@vedderprice.com
　　　　aobloy@vedderprice.com

　　　　(*Counsel for Plaintiff*)

　　　PLEASE TAKE NOTICE that on **Thursday, August 28, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Joan H. Lefkow, United States District Court Judge, in the courtroom usually occupied by her in the United States District Courthouse, 219 South Dearborn Street, Chicago, IL, or before such Judge as then may be sitting in her place, and shall then and there present the attached Motion to Dismiss.

        Respectfully submitted,

        Credant Technologies, Inc., *Defendant*


        By:  <u>s/ Michael D. Ray</u>
        One of Their Attorneys

Michael H. Cramer (IL ARDC No. 6199313)
Michael D. Ray ( IL ARDC No. 6285109)
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
Two First National Plaza
Twenty-Fifth Floor
20 South Clark Street
Chicago, Illinois 60603-1891
(312) 558-1220

Dated:  August 5, 2008

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on August 5, 2008, he caused to be electronically filed the foregoing Notice of Motion--Motion to Dismiss . Notice of this filing will be sent via the Court's electronic filing system to:

>Karen P. Layng
>Angela Obloy
>Vedder Price, P.C.
>222 N. LaSalle St.
>Chicago, IL 60601
>kplayng@vedderprice.com
>aobloy@vedderprice.com

                                                   s/ Michael D. Ray

6556813.1 (OGLETREE)